**SOUTHERN BELL TELEPHONE & TELE-
GRAPH COMPANY, Plaintiff and Appellant,
v. WILLIAMS BROTHERS, Inc., Defendant
and Appellee.** *

No. 13984.

Court of Appeal of Louisiana. Orleans.
May 16, 1932.

J. C. Henriques and Harry M. Mayo, Jr., both of New Orleans, for appellant.

Edward Rightor and Eugie V. Parham, both of New Orleans, for appellee.

JANVIER, J.

For the reasons given in the opinion rendered by us to-day in the matter entitled Southern Bell Telephone & Telegraph Company v. Williams Brothers, Inc., 141 So. 835, it is ordered, adjudged, and decreed that the judgment appealed from be, and it is, affirmed, at the cost of appellant.

Judgment affirmed.